UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.CR19-229-RSL-1 |
| Plaintiff, | ORDER |
| vs. | |
| CARL DEANDRE KEMP, | |
| Defendant, | |

THE COURT has considered Mr. Kemp's motion to proceed with Sentencing Hearing by video or telephonic hearing, and having reviewed the records and files herein:

THE COURT FINDS that a video or telephonic Sentencing Hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." See General Order No. 04-20 (3/30/20). Per General Order No. 14-20 (9/1/20), the courthouses will remain closed through at least October 5, 2020. During this period of delay, Mr. Kemp has been subject to the terms of an appearance bond. Mr. Kemp seeks to resolve this matter expeditiously, in part to mitigate the stress associated with the pending criminal charge and uncertain outcomes on Mr. Kemp as well as his young children.

ORDER - 1

THE COURT ORDERS that a Sentencing Hearing scheduled on September 25, 2020 be by videoconference.

DATED this  24th   of    September   , 2020.

*signature: M S Lasnik*

The Honorable Robert Lasnik
United States District Judge

Presented by:

*s/Nicholas Marchi*
Nicholas Marchi, WSBA 19982
CARNEY & MARCHI
Attorneys for Defendant

ORDER - 2